**BAKER et al. v. STATE.**

No. 18404.

Court of Criminal Appeals of Texas.

May 6, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for assault with intent to rob; penalty assessed as confinement in the penitentiary for fifteen years.

Upon the written request of the appellants, duly verified by their affidavit, the appeal is dismissed.